**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| NAGRAVISION SA and NAGRASTAR LLC | § § § § | |
| *Plaintiffs,* | § | |
| v. | § § | CIVIL ACTION NO. 4:10-cv-04312 |
| DOES 1-100 | § § | |
| *Defendants.* | § § | |

**PLAINTIFFS' NOTICE OF INTERESTED PARTIES**
**PURSUANT TO FED. R. CIV. P. 7.1**

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for plaintiffs Nagravision SA and NagraStar LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

1. Plaintiff Nagravision SA is a Swiss corporation with its principal place of business located at 22-24, Route de Genève, 1033 Cheseaux, Switzerland. Nagravision SA is a wholly owned subsidiary of Kudelski SA. Kudelski SA is a Swiss corporation that is listed on the SIX Swiss Exchange under the symbol "KUD."

2. Plaintiff NagraStar LLC is a Colorado limited liability company with its principal place of business located at 90 Inverness Circle East, Englewood, Colorado 80112, Arapahoe County. NagraStar LLC's sole members are EchoStar Corporation and Kudelski SA. EchoStar Corporation is a Nevada Corporation that is publicly owned and traded on the NASDAQ national market under the symbol "SATS." Kudelski SA is identified in paragraph 1 above.

DATED: November 3, 2010                                     Respectfully submitted,

**HAGAN NOLL & BOYLE LLC**

By: s/ Joseph H. Boyle
    Joseph H. Boyle (Attorney-In-Charge)
    Texas Bar No. 24031757
    Southern District of Texas Bar No. 30740
    Two Memorial City Plaza
    820 Gessner, Suite 940
    Houston, Texas 77024
    Telephone: (713) 343-0478
    Facsimile: (713) 758-0146

    Stephen M. Ferguson (Of Counsel)
    Texas Bar No. 24035248
    Southern District of Texas Bar No. 614706

    **COUNSEL FOR PLAINTIFFS**
    **NAGRAVISION SA and**
    **NAGRASTAR LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November, 2010, **Plaintiffs' Notice of Interested Parties Pursuant to Fed. R. Civ. P. 7.1** was filed electronically in compliance with Local Rule CV-5.  As such, this motion was served on all counsel who have consented to electronic service.  Plaintiffs did not serve a copy of these documents on any of the Defendants because their true names and contact information are currently unknown.

                                                s/ Joseph H. Boyle
                                                Joseph H. Boyle